JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GARDNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; COCA-COLA REFRESHMENTS USA, INC.; THE COCA-COLA COMPANY, and DOES 1 - 100, Inclusive,<br><br>　　　　Defendants. | CASE NO. 8:17-CV-01936-JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by filed by Plaintiff Jason Gardner ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: October 01, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE